UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CODY WILLIAM BRIGHT, | § | |
| ID # 12046112, | § | |
| Plaintiff, | § | CIVIL ACTION NO.: |
| vs. | § | 3:14-CV-1735-B |
| | § | |
| VALERIE YAGER DEBERNARDI, et. al, | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. By separate judgment, this case will be dismissed for failure to prosecute or comply with court orders.

SIGNED this 8th day of August , 2014.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE